UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES COOK and DIANE COOK,

      Plaintiffs,

vs.                                  Case No.: 8:10-cv-02636-EAK-MAP

THE FIRST LIBERTY INSURANCE
CORPORATION,

      Defendant.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND INCORPORATED MEMORANUM OF LAW

The First Liberty Insurance Corporation ("First Liberty"), pursuant to Local Rule 3.01(d), respectfully requests this Court grant leave to file a Reply to Plaintiffs' Response to the Motion for Summary Judgment (which shall not exceed 10 pages in length). In support of this Motion, First Liberty states as follows:

1. On August 24, 2011, First Liberty filed a Motion for Summary Judgment (Doc. 22).

2. Plaintiffs filed a Response on September 7, 2011 (Doc. 23).

3. Plaintiffs' Response relies primarily on an order entered by Judge Merryday on September 2, 2011, denying a very similar motion in a case styled *Jean Surrett v. The First Liberty Insurance Corporation*, Case No. 8:11-cv-00060-SDM-MAP (the "Order").

4. First Liberty respectfully disagrees with the Order, and would address the

concerns expressed by the Court in its reply.

5. Plaintiffs' Response also raises certain legal issues that were not addressed by First Liberty's Motion. Specifically, the Response raises issues regarding the burden of proof and interpretation of First Liberty's Policy of Insurance as well as the lack of a notice requirement in breach of contract cases. First Liberty seeks to file a Reply to address these issues and explain why such issues do not affect the relief requested in its Motion.

6. The issues outlined above were not addressed by First Liberty's Motion because the Order relied upon by Plaintiffs had not yet been entered.

7. Accordingly, First Liberty would like to submit a Reply in order to address these issues, as same may be determinative to the outcome of the Motion.

WHEREFORE First Liberty respectfully requests that this Court grant leave for First Liberty to file a Reply brief, which shall not exceed 10 pages in length in order to address the arguments raised in Plaintiffs' Response.

## **MEMORANDUM OF LAW IN SUPPORT**

Local Rule 3.01(c) states that no party shall file any reply or further memorandum without leave of Court. In accordance with Local Rule 3.01(d), First Liberty hereby respectfully requests leave of Court to file a Reply brief, which shall not exceed 10 pages in length, in order to address the issues raised by Plaintiffs in their response.

Specifically, First Liberty seeks to address the issues outlined above. First Liberty further states that its Reply will not merely restate matters already raised in other documents and will benefit the Court in addressing the legal issues outlined above. *See Jackson v. Astrue,*

2009 U.S. Dist. LEXIS 103615 (striking reply that merely restated matters already raised in other documents and that would not be of benefit to the court).

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 3.01(g), the Undersigned hereby certifies that he has conferred with Counsel for Plaintiffs and Plaintiffs do not oppose First Liberty's request for leave to file a reply.

Respectfully submitted,

/s/ C. Ryan Jones
MICHAEL K. KIERNAN, ESQUIRE
Fla. Bar No. 391964
mkiernan@raublieberman.com
**Trial Counsel**
C. RYAN JONES, ESQUIRE
Fla. Bar No. 0029043
rjones@traublieberman.com
Traub Lieberman Straus
& Shrewsberry L.L.P.
Post Office Box 3942
St. Petersburg, Florida 33731
(727) 898-8100 – Telephone
(727) 895-4838 – Facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

/s/ C. Ryan Jones
Attorney

3